**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------ x
                                                             :
HERTZ GLOBAL HOLDINGS, INC.,                                 :
                                                             :   Case No. 1:19-cv-06957 (AJN)
                                                             :
            Plaintiff,                                       :
      v.                                                     :
                                                             :
NATIONAL UNION FIRE INSURANCE                                :
COMPANY OF PITTSBURGH and U.S.                               :
SPECIALTY INSURANCE COMPANY,                                 :
                                                             :
                                                             :
            Defendants.                                      :
------------------------------------------------------------ x
```

**DEFENDANTS' NOTICE OF JOINT MOTION TO DISMISS**
**THE AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that Defendants National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") and U.S. Specialty Insurance Company ("U.S. Specialty") (collectively, "Defendants"), by and through its undersigned counsel, shall move to dismiss Plaintiff's Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) in the above-captioned matter before the Honorable Alison J. Nathan, United States District Judge, on a date and time to be determined by the Court, at the United States Courthouse for the Southern District of New York, 40 Foley Square, Courtroom 906, New York, New York 10007.

The motion, dated January 10, 2020, and all other papers and exhibits accompanying the motion for which this Notice is subject are: (1) Defendants' Memorandum of Law in Support of their Joint Motion to Dismiss the Amended Complaint; and (2) Declaration of Alexander S. Lorenzo in Support of Defendants' Joint Motion to Dismiss the Amended Complaint, and Exhibits A through F, annexed thereto.

Defendants bring this motion to dismiss under Federal Rules of Civil Procedure 12(b)(1) for lack of subject-matter jurisdiction and 12(b)(6) for failure to state a claim upon which relief can be granted.

[Continued on Following Page]

Dated: New York, New York

January 10, 2020

**ALSTON & BIRD LLP**

<u>*/s/ Alexander S. Lorenzo*</u>
Alexander S. Lorenzo
90 Park Avenue
New York, New York 10016
Tel:     212-210-9400
Fax:     212-210-9444
Email: alexander.lorenzo@alston.com

Kelsey L. Kingsbery
555 Fayetteville Street, Suite 600
Raleigh, NC 27601
Tel:     919-862-2227
Fax:     919-862-2260
Email:  kelsey.kingsbery@alston.com

*Counsel for Defendant National Union Fire Insurance Company of Pittsburgh, Pa.*

**CLYDE & CO US LLP**

*/s/ Dirk C. Haarhoff*
Dirk C. Haarhoff
405 Lexington Avenue, 16th Floor
New York, New York 10174
Tel:     212-710-3900
Fax:     212-710-3950
Email: Dirk.Haarhoff@clydeco.us

Joseph A. Bailey III
Elderidge A. Nichols, Jr.
1775 Pennsylvania Ave NW, 4th Floor
Washington, DC 20006
Tel:     202-747-5117
Fax:     202-747-5150
Email: joseph.bailey@clydeco.us
          elderidge.nichols@clydeco.us

*Counsel for Defendant U.S. Specialty Insurance Company*

**FILER'S ATTESTATION**

I, Alexander S. Lorenzo, attest that all other signatories listed, and on whose behalf this document is submitted, concur in the document's content and have authorized its filing and the placement of their electronic signatures above.

                                              <u>/s/ Alexander S. Lorenzo</u>
                                              Alexander S. Lorenzo
                                              ALSTON & BIRD LLP
                                              90 Park Avenue
                                              New York, New York 10016
                                              Tel:    212-210-9400
                                              Fax:   212-210-9444
                                              Email: alexander.lorenzo@alston.com

                                              *Counsel for Defendant National Union Fire*
                                              *Insurance Company of Pittsburgh, Pa.*