UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEB 1 9 2020

Hertz Global Holdings, Inc.,

Plaintiff,

—v—

National Union Fire Insurance Company of
Pittsburgh, *et al.*,

Defendants.

19-cv-06957 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

As discussed at the February 14, 2020 Status Conference in this matter, Defendants' Joint

Motion to Dismiss the Amended Complaint, Dkt. No 42, is hereby administratively denied. The

parties are also ordered to attend mediation. If the mediation is unsuccessful, Defendants may

refile their Motion to Dismiss no later than one week after the mediation. Plaintiff must file an

opposition two weeks after that. Defendants may file a reply two weeks after that.

SO ORDERED.

Dated: February 19, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge