**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HERTZ GLOBAL HOLDINGS, INC., <br><br> Plaintiff <br><br> - against – <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH and U.S. SPECIALTY INSURANCE COMPANY, <br><br> Defendants. | Case No.: 1:19-cv-06957 <br><br> ECF CASE |

**PLAINTIFF HERTZ GLOBAL HOLDINGS, INC.'S**
**SUGGESTION OF BANKRUPTCY AND**
**NOTICE OF EXTENSION UNDER 11 U.S.C. § 108(b)**

PLEASE TAKE NOTICE that on May 22, 2020, The Hertz Corporation and certain of its affiliates, including Hertz Global Holdings, Inc., plaintiff in the above-captioned case, each filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware, which chapter 11 cases are being jointly administered under case number 20-11218 (MFW). A true and correct copy of the Notice of Bankruptcy Case Filing is attached hereto as Exhibit "A."

PLEASE TAKE FURTHER NOTICE that, pursuant to section 108(b) of the Bankruptcy Code, the filing of the petitions operates to extend the period fixed by nonbankruptcy law, an order entered in a nonbankruptcy proceeding, or an agreement within which Plaintiff may, among other things, "file any pleading, demand, notice, or

1

proof of claim or loss, cure a default, or perform any other similar act," if such deadline has not expired prior to the filing of the petitions.  11 U.S.C. § 108(b).

If you have any questions regarding this notice, please contact the undersigned

Dated:  May 29, 2020

                                         LAW OFFICES OF HERBERT BEIGEL

                                         By: /s/ Herbert Beigel
                                         5641 N. Chieftan Trail
                                         Tucson, AZ 85750
                                         520-825-1995
                                         hbeigel@me.com

                                              -and-

                                         LAW OFFICE OF ROBERT R. VIDUCICH
                                         Robert R. Viducich
                                         40 Wall Street, 28th Floor
                                         New York, New York 10005
                                         Tel: (212) 400-7135
                                         rviducich@rrvlaw.com

# EXHIBIT A

United States Bankruptcy Court
District of Delaware

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 05/22/2020 at 9:47 PM and filed on 05/22/2020.

**The Hertz Corporation**
8501 Williams Road
Estero, FL 33928
Tax ID / EIN: 13-1938568
*aka* **Firefly**
*aka* **Hertz Car Sales**
*aka* **Dollar Rent A Car**
*aka* **Hertz Rent-A-Car**
*aka* **Thrifty Car Rental**
*aka* **Thrifty**

The case was filed by the debtor's attorney:

**Mark D. Collins**
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302 651-7700

The case was assigned case number 20-11218-MFW to Judge Mary F. Walrath.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.deb.uscourts.gov or at the Clerk's Office, 824 Market Street, 3rd Floor, Wilmington, DE 19801.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Una O'Boyle
Clerk, U.S. Bankruptcy Court