```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hertz Global Holdings, Inc.,

        Plaintiffs,

—v—

National Union Fire Insurance Co. of Pittsburgh, *et al.*,

        Defendant.

19-cv-06957 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received Defendants' Letter Motion for an informal conference to discuss Defendants' request for a stay of discovery pending their motion to dismiss. The Court has determined that no conference is necessary and will determine Defendants' motion on the papers. Plaintiff is ordered to respond to Defendants' request to stay discovery by October 29, 2020.

SO ORDERED.

Dated: October 15, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge