UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hertz Global Holdings, Inc.,

        Plaintiff,

  –v–

National Union Fire Ins. Co. of Pittsburgh, *et al.*,

        Defendant.

19-cv-6957 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Defendants' November 11, 2019 Motion to Dismiss the Complaint is administratively denied as a result of Defendants June 18, 2020 Motion to Dismiss the Second Amended Complaint. Defendants' February 5, 2020 letter motion for an extension of time is administratively denied as the requested deadline extens has elapsed. This resolves Dkt. Nos. 22, 47.

SO ORDERED.

Dated: November 25, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge