**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Hertz Global Holdings, Inc.,

                      Plaintiff,

    -against-                                    19 **CIVIL** 6957 (AJN)

                                                    **JUDGMENT**

National Union Fire Insurance Company of Pittsburgh,
Et al.,

                    Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated March 30, 2021, Defendants' motion to dismiss is GRANTED. Plaintiff's Second Amended Complaint is dismissed with prejudice; accordingly, this case is closed.

**Dated:**  New York, New York

      March 30, 2021

                                               **RUBY J. KRAJICK**

                                               **Clerk of Court**
                **BY:**
                                               *K. Mango*

                                               **Deputy Clerk**