# haynesboone

June 10, 2021

<u>*Via E-Filing*</u>

Hon. Alison J. Nathan
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 2102
New York, NY 10007

RE: Case No. 1:19-cv-06957 (AJN); *Hertz Global Holdings, Inc. v. National Union Fire Insurance Company of Pittsburgh and US Specialty Insurance Company*; United States District Court for the Southern District of New York

Dear Judge Nathan:

Plaintiff Hertz Global Holdings, Inc. respectfully requests oral argument on its Motion to Alter or Amend the Court's Judgment Pursuant to Rule 59(e) and for Leave to File Plaintiff's Proposed Third Amended Complaint Pursuant to Rule 15(a)(2). Docket Nos. 94, 95.

Respectfully,

*[signature]*

Benjamin L. Mesches (*pro hac vice*)
Telephone: (214) 651-5000
Direct Phone: (214) 651-5234
ben.mesches@haynesboone.com

cc: Alexander Lorenzo, Esq. (counsel for Defendant Nat'l Union, via SDNY ECF)
Scott Schwartz, Esq. (counsel for Defendant U.S. Specialty, via SDNY ECF)

Haynes and Boone, LLP
**Attorneys and Counselors**
Haynes and Boone, LLP
Attorneys and Counselors
2323 Victory Avenue
Suite 700
Dallas, Texas 75219
T (214) 651-5000
F (214) 651-5940